AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Charles E. Butler, Jr.<br>Robert A. Paschalis<br><br>*Defendant(s)* | Case No. 3:16 MJ 5221 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 18 - May 23, 2016  in the county of  Lucas  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 249(a)(1) | Hate Crime Act |

FILED
2016 JUL 29 AM 9:25
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Ian Moore, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 29, 2016

*Judge's signature*

City and state: Toledo, OH

James R. Knepp II, U.S. Magistrate Judge
*Printed name and title*